David L. Miller 3736
Bankruptcy Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone (801) 447-8777
Facsimile (801) 447-8834
E-mail: davidlmillerpc@msn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br><br>COVENANT FUNDING GROUP INC<br><br><br>XXX-XXX-<br><br>Debtor(s). | Case No. 04-22003-WTT<br>Chapter 7 |
|---|---|

## ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSE AND TRUSTEE'S PROCEDURES

The Trustee filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee. Notice of the Trustee's Final Report and notice of hearing has been given, if applicable, to all creditors and parties in interest and the Court has considered the Trustee's Final Report and Application for Compensation. The Court found that the Trustee has complied with all noticing and hearing requirements necessary to proceed with his final disbursement.

THE COURT HEREBY ORDERS that:

**Filed: 05/24/10**

1. The Trustee's Application for Compensation is approved and the Trustee's Compensation in the amount of $14,747.43 and expenses in the amount of $224.52 are allowed as prayed; and

2. The Application for Compensation of Trustee's professional LECG, LLC is approved and allowed in the amount of $11,028.00 for Accountant for Trustee Fees, and allowed in the amount of $198.10 for Accountant for Trustee Expenses, and

3. The Trustee is authorized to proceed with disbursement and thereafter abandon/destroy records of the estate.

## CLERK'S CERTIFICATE OF SERVICE

I certify that on May ____ 2010, I served copies of the foregoing order, by depositing the same in the United States mails, postage pre-paid and addressed, or electronically as indicated below;

| | |
|---|---|
| Office of the U.S. Trustee<br>Via ECF | COVENANT FUNDING GROUP INC<br>PO BOX 1994<br>LAYTON, UT 84041-6994 |
| David L. Miller<br>PO Box 9<br>Farmington, UT 84025-0009 | Gerald H. Suniville<br>50 South Main #1600<br>PO Box 45340<br>Salt Lake City, UT 84145 |

_____

Deputy Clerk