David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| COVENANT FUNDING GROUP INC.<br>COMMERCIAL LENDING GROUP,<br>    Debtor(s) | Bankruptcy No. 04-22003<br>(Chapter 7)<br>Judge William T. Thurman |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

    ✔ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ___ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 221 | Earl Byington<br>2396 Nector Way<br>Lehi, UT 84043 | $1,348.09 |
| 223 | Ed Rezai<br>c/o Entrust Administration | $134.58 |



| | | |
|---|---|---|
| 229 | Pensco Trust Company<br>Pensco Pension Services, Inc.<br>fbo Richard T. Gardner IRA<br>450 Sansome St. 11th Floor<br>San Francisco, CA 94111 | $3,967.44 |
| 237 | John and Myrtle Combe Trust<br>John G. Combe<br>1200 E. So. Weber Drive<br>Weber, UT 84405 | $3,163.66 |
| 254 | Pensco Trust Company<br>Pensco Pension Services, Inc.<br>450 Sansome St. 11th Floor<br>San Francisco, CA 94111 | $1,883.36 |
| 256 | Pensco Pension Services, Inc.<br>fbo Mary Ann Bundy, IRA | $2,718.63 |
| 264 | Sandra Estoque/Emilio Estoque<br>1324 East Jeff St.<br>Layton, UT 84040 | $2,007.26 |
| 268 | Pensco Trust Co.<br>Pensco Pension Services, Inc.<br>fbo Stephen Peterson<br>450 Sansome St. 11th Floor<br>San Francisco, CA 94111 | $3,132.86 |
| 269 | Entrust Administration, Inc.<br>Fbo Alicia Andrews | $821.49 |
| 270 | Entrust Administration, Inc.<br>fbo RaNae Derico | $4,648.91 |
| 277 | The Cantamar LLC<br>3642 Boulder Hwy., Suite 387<br>Las Vegas, NV 89121 | $110,731.26 |

| | | |
|---|---|---|
| 283 | RaeDean Gardner Trust<br>c/o Pensco Pension Services<br>450 Sansome St. 11th Floor<br>San Francisco, CA 94111 | $4,956.20 |
| 284 | Pensco Pension Services Inc.<br>fbo Claron G. Porter, IRA<br>450 Sansome St. 11th Floor<br>San Francisco, CA 94111 | $1,550.15 |

A check in the amount of $141,063.89 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of September, 2010

DAVID L. MILLER
Chapter 7 Trustee