# United States Bankruptcy Court
District of Utah
Frank E. Moss United States Courthouse
Room 504
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn  
Financial Department

Telephone:  
(801) 524-6682

October 21, 2010

The Camtamar LLC  
c/o Glenn Britt  
5485 S 2100 W  
Roy, Utah 84067

Re: **Unclaimed funds Request for Case # 04-22003 (Covenant Funding Group Inc / Commercial Lending Group)**

To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case.

- In order to process your request we need documentation per the packet Procedures for Applying for Payment of Unclaimed Funds.

**Please send the documentation to the following address:**

U.S. Bankruptcy Court  
Attn: Deneen Nunn  
350 South Main Street, Room 504  
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

Deneen Nunn  
Financial Department

Case 04-22003    Doc 331    Filed 10/21/10    Entered 10/21/10 14:18:50    Desc Main
                              Document      Page 2 of 2

Case 04-22003    Doc 331    Filed 10/21/10    Entered 10/21/10 14:18:50    Desc Main
                              Document      Page 2 of 2